# UNITED STATES DISTRICT COURT
for the
__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DIST. COURT AT DANVILLE, VA FILED MAR 24 2008 JOHN F. CORCORAN, CLERK BY: DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Ricky Valintine Penn | ) Case No: 4:04CR70010-001 |
| | ) USM No: 10426-084 |
| Date of Previous Judgment: November 4, 2004 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __100__ months **is reduced to** __84 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 23 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 100 to 125 months | Amended Guideline Range: | 84 to 105 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __11/4/2004__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-24-08

Effective Date: ~~3/3/08~~ 4-3-08
(if different from order date)

Jackson Kiser, Senior United States District Judge
Printed name and title